# EXHIBIT A



# COMMERCIAL INSURANCE APPLICATION
## APPLICANT INFORMATION SECTION

**DATE (MM/DD/YYYY):** 10/24/2017

**AGENCY:** ALLEMAN INSURANCE AGENCY, INC.
P.O. BOX 3066
BRANDON, FL 33509

**PHONE (A/C, No, Ext):** 813-653-4525
**FAX (A/C, No):** 813-661-1336
**Email Address:**
**CODE:** **SUB CODE:**
**AGENCY CUSTOMER ID:**

**CARRIER:** Lloyds
**NAIC CODE:**
**UNDERWRITER:** M. Bocha
**UNDERWRITER OFF:** Hull Co
**POLICIES OR PROGRAM REQUESTED:**
**POLICY NUMBER:**

### INDICATE SECTIONS ATTACHED
- ✓ PROPERTY
- GLASS AND SIGN
- ACCOUNTS RECEIVABLE/VALUABLE PAPERS
- CRIME/MISCELLANEOUS CRIME
- TRANSPORTATION/MOTOR TRUCK CARGO
- EQUIPMENT FLOATER
- INSTALLATION/BUILDERS RISK
- ELECTRONIC DATA PROC
- ✓ COMMERCIAL GENERAL LIABILITY
- BUSINESS AUTO
- TRUCKERS/MOTOR CARRIER
- GARAGE AND DEALERS
- VEHICLE SCHEDULE
- BOILER & MACHINERY
- WORKERS COMPENSATION
- UMBRELLA

### STATUS OF TRANSACTION
- QUOTE
- ISSUE POLICY
- RENEW
- ✗ BOUND (Give Date and/or Attach Copy)
- CHANGE — DATE 10/26/17 TIME 12:01 PM
- CANCEL

### PACKAGE POLICY INFORMATION
| PROPOSED EFF DATE | PROPOSED EXP DATE | BILLING PLAN | PAYMENT PLAN | AUDIT |
|---|---|---|---|---|
| 10-26-17 | 10-26-18 | DIRECT BILL / AGENCY BILL | | |

### APPLICANT INFORMATION
**NAME (First Named Insured & Other Named Insureds):**
RYRY'S RESTAURANT GROUP INC
DBA RYRY'S CHICKEN AND WAFFLES

**FEIN OR SOC SEC #:**
**PHONE (A/C, No, Ext):**

**MAILING ADDRESS INCL ZIP+4:**
1724 E. 8TH AVENUE
TAMPA, FLORIDA 33605

**E-MAIL ADDRESS(ES):**
- INDIVIDUAL
- ✓ CORPORATION
- SUBCHAPTER "S" CORPORATION
- NOT FOR PROFIT ORG
- LLC — NO. OF MEMBERS AND MANAGERS
- PARTNERSHIP
- JOINT VENTURE

**WEBSITE ADDRESS(ES):**
**NAIC BUREAU NAME / ID NUMBER:**
**DATE BUS STARTED:**

**INSPECTION CONTACT:** RYAN
**PHONE (A/C, No, Ext):** 813-653-4525
**E-MAIL ADDRESS:**

**ACCOUNTING RECORDS CONTACT:**
**PHONE (A/C, No, Ext):**
**E-MAIL ADDRESS:**

### PREMISES INFORMATION
| LOC # | BLD # | STREET, CITY, COUNTY, STATE, ZIP+4 | CITY LIMITS | INTEREST | YR BUILT | # EMPLOYEES | ANNUAL REVENUES | PART OCCUPIED |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 11124 N. 30TH STREET TAMPA, FLORIDA 33612 | ✓ INSIDE / OUTSIDE | OWNER / ✓ TENANT | | | | |
| | | | INSIDE / OUTSIDE | OWNER / TENANT | | | | |

### NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS BY PREMISE(S)
CHICKEN AND WAFFLES — TAKE OUT — NO DELIVERY — 12 SEATS FOR PATRONS TO PLACE ORDER AND WHEN YOU NUMBER IS CALLED PICK UP ORDER OR YOU CAN EAT THERE

### GENERAL INFORMATION
| | YES | NO |
|---|---|---|
| 1a. IS THE APPLICANT A SUBSIDIARY OF ANOTHER ENTITY? | | ✓ |
| 1b. DOES THE APPLICANT HAVE ANY SUBSIDIARIES? | | ✓ |
| 2. IS A FORMAL SAFETY PROGRAM IN OPERATION? | ✓ | |
| 3. ANY EXPOSURE TO FLAMMABLES, EXPLOSIVES, CHEMICALS? | | ✓ |
| 4. ANY CATASTROPHE EXPOSURE? | | ✓ |
| 5. ANY OTHER INSURANCE WITH THIS COMPANY OR BEING SUBMITTED? | | ✓ |
| 6. ANY POLICY OR COVERAGE DECLINED, CANCELLED OR NON-RENEWED DURING THE PRIOR 3 YEARS? (Not applicable in MO) | | ✓ |
| 7. ANY PAST LOSSES OR CLAIMS RELATING TO SEXUAL ABUSE OR MOLESTATION ALLEGATIONS, DISCRIMINATION OR NEGLIGENT HIRING? | | ✓ |
| 8. DURING THE LAST FIVE YEARS (TEN IN RI), HAS ANY APPLICANT BEEN CONVICTED OF ANY DEGREE OF THE CRIME OF ARSON? | | ✓ |
| 9. ANY UNCORRECTED FIRE CODE VIOLATIONS? | | ✓ |
| 10. ANY BANKRUPTCIES, TAX OR CREDIT LIENS AGAINST THE APPLICANT IN THE PAST 5 YEARS? | | ✓ |
| 11. HAS BUSINESS BEEN PLACED IN A TRUST? IF YES, NAME OF TRUST | | ✓ |

### REMARKS/PROCESSING INSTRUCTIONS

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS THE PERSON TO CRIMINAL AND [NY: SUBSTANTIAL] CIVIL PENALTIES. (Not applicable in CO, HI, NE, OH, OK, OR, or VT; in DC, LA, ME, TN and VA, insurance benefits may also be denied)

THE UNDERSIGNED IS AN AUTHORIZED REPRESENTATIVE OF THE APPLICANT AND CERTIFIES THAT REASONABLE ENQUIRY HAS BEEN MADE TO OBTAIN THE ANSWERS TO QUESTIONS ON THIS APPLICATION. HE/SHE CERTIFIES THAT THE ANSWERS ARE TRUE, CORRECT AND COMPLETE TO THE BEST OF HIS/HER KNOWLEDGE.

**APPLICANT'S SIGNATURE:** [signed]
**DATE:** 10/28/17
**PRODUCER'S SIGNATURE:** [signed]
**NATIONAL PRODUCER NUMBER:** A003790

© ACORD CORPORATION 1993
ACORD 125 (2004/05)
PLEASE COMPLETE REVERSE SIDE

1

## PRIOR CARRIER INFORMATION

| LINE | CATEGORY | | | | | |
|---|---|---|---|---|---|---|
| **GENERAL COMMERCIAL LIABILITY** | CARRIER | NONE | | | | |
| | POLICY NUMBER | | | | | |
| | POLICY TYPE | CLAIMS MADE / OCCURRENCE | CLAIMS MADE / OCCURRENCE | CLAIMS MADE / OCCURRENCE | CLAIMS MADE / OCCURRENCE | CLAIMS MADE / OCCURRENCE |
| | RETRO DATE | | | | | |
| | EFF-EXP DATE | | | | | |
| | LIMITS — GENERAL AGGREGATE | | | | | |
| | PRODUCTS COMP OP AGGREGATE | | | | | |
| | PERSONAL & ADV INJ | | | | | |
| | EACH OCCURRENCE | | | | | |
| | FIRE DAMAGE | | | | | |
| | MEDICAL EXPENSE | | | | | |
| | BODILY INJURY OCCURRENCE | | | | | |
| | BODILY INJURY AGGREGATE | | | | | |
| | PROPERTY DAMAGE OCCURRENCE | | | | | |
| | PROPERTY DAMAGE AGGREGATE | | | | | |
| | COMBINED SINGLE LIMIT | | | | | |
| | MODIFICATION FACTOR | | | | | |
| | TOTAL PREMIUM | | | | | |
| **AUTOMOBILE LIABILITY** | CARRIER | | | | | |
| | POLICY NUMBER | | | | | |
| | POLICY TYPE | | | | | |
| | EFF-EXP DATE | | | | | |
| | COMBINED SINGLE LIMIT | | | | | |
| | BODILY INJURY EA PERSON | | | | | |
| | BODILY INJURY EA ACCIDENT | | | | | |
| | PROPERTY DAMAGE | | | | | |
| | MODIFICATION FACTOR | | | | | |
| | TOTAL PREMIUM | | | | | |
| **PROPERTY** | CARRIER | | | | | |
| | POLICY NUMBER | | | | | |
| | POLICY TYPE | | | | | |
| | EFF-EXP DATE | | | | | |
| | BUILDING AMT | | | | | |
| | PERS PROP AMT | | | | | |
| | MODIFICATION FACTOR | | | | | |
| | TOTAL PREMIUM | | | | | |
| | CARRIER | | | | | |
| | POLICY NUMBER | | | | | |
| | POLICY TYPE | | | | | |
| | EFF-EXP DATE | | | | | |
| | LIMIT | | | | | |
| | MODIFICATION FACTOR | | | | | |
| | TOTAL PREMIUM | | | | | |

## LOSS HISTORY

ENTER ALL CLAIMS OR LOSSES (REGARDLESS OF FAULT AND WHETHER OR NOT INSURED) OR OCCURRENCES THAT MAY GIVE RISE TO CLAIMS FOR THE PRIOR 5 YEARS (3 YEARS IN KS & NY)   ✓ CHK HERE IF NONE   SEE ATTACHED LOSS SUMMARY

| DATE OF OCCURRENCE | LINE | TYPE/DESCRIPTION OF OCCURRENCE OR CLAIM | DATE OF CLAIM | AMOUNT PAID | AMOUNT RESERVED | CLAIM STATUS |
|---|---|---|---|---|---|---|
| | | | | | | OPEN |
| | | | | | | CLOSED |
| | | | | | | OPEN |
| | | | | | | CLOSED |

REMARKS   NOTE: FIDELITY REQUIRES A FIVE YEAR LOSS HISTORY

ATTACHMENTS

STATE SUPPLEMENT(S) (If applicable)

COPY OF THE NOTICE OF INFORMATION PRACTICES (PRIVACY) HAS BEEN GIVEN TO THE APPLICANT. (Not applicable in all states, consult your agent or broker for your state's requirements.)

**NOTICE OF INSURANCE INFORMATION PRACTICES**  PERSONAL INFORMATION ABOUT YOU, INCLUDING INFORMATION FROM A CREDIT REPORT, MAY BE COLLECTED FROM PERSONS OTHER THAN YOU IN CONNECTION WITH THIS APPLICATION FOR INSURANCE AND SUBSEQUENT POLICY RENEWALS. SUCH INFORMATION AS WELL AS OTHER PERSONAL AND PRIVILEGED INFORMATION COLLECTED BY US OR OUR AGENTS MAY IN CERTAIN CIRCUMSTANCES BE DISCLOSED TO THIRD PARTIES WITHOUT YOUR AUTHORIZATION. YOU HAVE THE RIGHT TO REVIEW YOUR PERSONAL INFORMATION IN OUR FILES AND CAN REQUEST CORRECTION OF ANY INACCURACIES. A MORE DETAILED DESCRIPTION OF YOUR RIGHTS AND OUR PRACTICES REGARDING SUCH INFORMATION IS AVAILABLE UPON REQUEST. CONTACT YOUR AGENT OR BROKER FOR INSTRUCTIONS ON HOW TO SUBMIT A REQUEST TO US.

ACORD 125 (2004/06)

# COMMERCIAL GENERAL LIABILITY SECTION

**DATE (MM/DD/YYYY):** 10/24/2017

| AGENCY | | APPLICANT (First Named Insured) | RYRY'S RESTAURANT GROUP INC DBA RYRY'S CHICKEN AND WAFFLES |
|---|---|---|---|
| PHONE (A/C, No, Ext): | 813-653-4525 | | |
| FAX (A/C, No): | 813-661-1336 | | |

ALLEMAN INSURANCE AGENCY, INC.
P.O. BOX 3066
BRANDON, FL 33509

| EFFECTIVE DATE | EXPIRATION DATE | DIRECT BILL | PAYMENT PLAN | AUDIT |
|---|---|---|---|---|
| 10-26-17 | 10-26-18 | AGENCY BILL | | |

FOR COMPANY USE ONLY

CODE: _____ SUB CODE: _____
AGENCY CUSTOMER ID:

## COVERAGES / LIMITS

| COVERAGES | LIMITS | | PREMIUMS |
|---|---|---|---|
| ✓ COMMERCIAL GENERAL LIABILITY | GENERAL AGGREGATE | $ 2,000,000 | PREMISES/OPERATIONS |
| ☐ CLAIMS MADE  ✓ OCCURRENCE | PRODUCTS & COMPLETED OPERATIONS AGGREGATE | $ 2,000,000 | |
| ☐ OWNER'S & CONTRACTOR'S PROTECTIVE | PERSONAL & ADVERTISING INJURY | $ 1,000,000 | PRODUCTS |
| | EACH OCCURRENCE | $ 1,000,000 | |
| | DAMAGE TO RENTED PREMISES (each occurrence) | $ 100,000 | |
| **DEDUCTIBLES** | MEDICAL EXPENSE (Any one person) | $ 5,000 | OTHER |
| ✓ PROPERTY DAMAGE  $ 0 | EMPLOYEE BENEFITS | $ | |
| ✓ BODILY INJURY  $ 0  ✓ PER CLAIM | | | TOTAL |
| $ ___ PER OCCURRENCE | | | $216,34.60 |

OTHER COVERAGES, RESTRICTIONS AND/OR ENDORSEMENTS (For hired/non-owned auto coverages attach the applicable state Business Auto Section, ACORD 137)

## SCHEDULE OF HAZARDS

| LOC # | HAZ # | CLASSIFICATION | CLASS CODE | PREMIUM BASIS | EXPOSURE | TERR | RATE PREM/OPS | RATE PRODUCTS | PREMIUM PREM/OPS | PREMIUM PRODUCTS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | RESTAURANT | | R)250000 | | | | | | |
| | | ADDITIONAL INSURED | | 1 | | | | | | |

RATING AND PREMIUM BASIS
(P) PAYROLL - PER $1,000/PAY
(S) GROSS SALES - PER $1,000/SALES
(A) AREA - PER 1,000/SQ FT
(C) TOTAL COST - PER $1,000/COST
(M) ADMISSIONS - PER 1,000/ADM
(U) UNIT - PER UNIT
(T) OTHER

## CLAIMS MADE (Explain all "Yes" responses)

| | YES | NO |
|---|---|---|
| 1. PROPOSED RETROACTIVE DATE: | | |
| 2. ENTRY DATE INTO UNINTERRUPTED CLAIMS MADE COV: | | |
| 3. HAS ANY PRODUCT, WORK, ACCIDENT, OR LOCATION BEEN EXCLUDED, UNINSURED OR SELF-INSURED FROM ANY PREVIOUS COVERAGE? | | |
| 4. WAS TAIL COVERAGE PURCHASED UNDER ANY PREVIOUS POLICY? | | |

REMARKS

## EMPLOYEE BENEFITS LIABILITY

1. DEDUCTIBLE PER CLAIM: $
2. NUMBER OF EMPLOYEES:
3. NUMBER OF EMPLOYEES COVERED BY EMPLOYEE BENEFITS PLANS:
4. RETROACTIVE DATE:

REMARKS

ACORD 126 (2005/08)    PLEASE COMPLETE REVERSE SIDE    © ACORD CORPORATION 1993-2006
3

## CONTRACTORS

| EXPLAIN ALL "YES" RESPONSES (For past or present operations) | YES | NO | EXPLAIN ALL "YES" RESPONSES (For past or present operations) | YES | NO |
|---|---|---|---|---|---|
| 1. DOES APPLICANT DRAW PLANS, DESIGNS, OR SPECIFICATIONS FOR OTHERS? | | ✓ | 4. DO YOUR SUBCONTRACTORS CARRY COVERAGES OR LIMITS LESS THAN YOURS? | | ✓ |
| 2. DO ANY OPERATIONS INCLUDE BLASTING OR UTILIZE OR STORE EXPLOSIVE MATERIAL? | | ✓ | 5. ARE SUBCONTRACTORS ALLOWED TO WORK WITHOUT PROVIDING YOU WITH A CERTIFICATE OF INSURANCE? | | ✓ |
| 3. DO ANY OPERATIONS INCLUDE EXCAVATION, TUNNELING, UNDERGROUND WORK OR EARTH MOVING? | | ✓ | 6. DOES APPLICANT LEASE EQUIPMENT TO OTHERS WITH OR WITHOUT OPERATORS? | | ✓ |

| REMARKS/DESCRIBE THE TYPE OF WORK SUBCONTRACTED | $ PAID TO SUB-CONTRACTORS: | % OF WORK SUBCONTRACTED: | # FULL-TIME STAFF: | # PART-TIME STAFF: |
|---|---|---|---|---|
| | | | | |

## PRODUCTS/COMPLETED OPERATIONS

| PRODUCTS | ANNUAL GROSS SALES | # OF UNITS | TIME IN MARKET | EXPECTED LIFE | INTENDED USE | PRINCIPAL COMPONENTS |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

| EXPLAIN ALL "YES" RESPONSES (For any past or present product or operation) | YES | NO | EXPLAIN ALL "YES" RESPONSES (For any past or present product or operation) | YES | NO |
|---|---|---|---|---|---|
| 1. DOES APPLICANT INSTALL, SERVICE OR DEMONSTRATE PRODUCTS? | | ✓ | 6. PRODUCTS RECALLED, DISCONTINUED, CHANGED? | | ✓ |
| 2. FOREIGN PRODUCTS SOLD, DISTRIBUTED, USED AS COMPONENTS? | | ✓ | 7. PRODUCTS OF OTHERS SOLD OR RE-PACKAGED UNDER APPLICANT LABEL? | | ✓ |
| 3. RESEARCH AND DEVELOPMENT CONDUCTED OR NEW PRODUCTS PLANNED? | | ✓ | 8. PRODUCTS UNDER LABEL OF OTHERS? | | ✓ |
| 4. GUARANTEES, WARRANTIES, HOLD HARMLESS AGREEMENTS? | | ✓ | 9. VENDORS COVERAGE REQUIRED? | | ✓ |
| 5. PRODUCTS RELATED TO AIRCRAFT/SPACE INDUSTRY? | | ✓ | 10. DOES ANY NAMED INSURED SELL TO OTHER NAMED INSUREDS? | | ✓ |

PLEASE ATTACH LITERATURE, BROCHURES, LABELS, WARNINGS, ETC

## ADDITIONAL INTEREST/CERTIFICATE RECIPIENT    ACORD 45 attached for additional names

| INTEREST | RANK: | NAME AND ADDRESS | REFERENCE #: | CERTIFICATE REQUIRED | INTEREST IN ITEM NUMBER | |
|---|---|---|---|---|---|---|
| ✓ ADDITIONAL INSURED | | | | | LOCATION: | BUILDING: |
| LOSS PAYEE | | | | | VEHICLE: | BOAT: |
| MORTGAGEE | | | | | SCHEDULED ITEM NUMBER: | |
| LIENHOLDER | | | | | OTHER | |
| EMPLOYEE AS LESSOR | | | | | | |
| | | ITEM DESCRIPTION: LANDLORD | | | | |

## GENERAL INFORMATION

| EXPLAIN ALL "YES" RESPONSES (For all past or present operations) | YES | NO | EXPLAIN ALL "YES" RESPONSES (For all past or present operations) | YES | NO |
|---|---|---|---|---|---|
| 1. ANY MEDICAL FACILITIES PROVIDED OR MEDICAL PROFESSIONALS EMPLOYED OR CONTRACTED? | | ✓ | 12. ANY STRUCTURAL ALTERATIONS CONTEMPLATED? | | ✓ |
| | | | 13. ANY DEMOLITION EXPOSURE CONTEMPLATED? | | ✓ |
| 2. ANY EXPOSURE TO RADIOACTIVE/NUCLEAR MATERIALS? | | ✓ | 14. HAS APPLICANT BEEN ACTIVE IN OR IS CURRENTLY ACTIVE IN JOINT VENTURES? | | ✓ |
| 3. DO/HAVE PAST, PRESENT OR DISCONTINUED OPERATIONS INVOLVE(D) STORING, TREATING, DISCHARGING, APPLYING, DISPOSING, OR TRANSPORTING OF HAZARDOUS MATERIAL? (e.g. landfills, wastes, fuel tanks, etc) | | ✓ | 15. DO YOU LEASE EMPLOYEES TO OR FROM OTHER EMPLOYERS? | | ✓ |
| | | | 16. IS THERE A LABOR INTERCHANGE WITH ANY OTHER BUSINESS OR SUBSIDIARIES? | | ✓ |
| 4. ANY OPERATIONS SOLD, ACQUIRED, OR DISCONTINUED IN LAST 5 YEARS? | | ✓ | 17. ARE DAY CARE FACILITIES OPERATED OR CONTROLLED? | | ✓ |
| 5. MACHINERY OR EQUIPMENT LOANED OR RENTED TO OTHERS? | | ✓ | 18. HAVE ANY CRIMES OCCURRED OR BEEN ATTEMPTED ON YOUR PREMISES WITHIN THE LAST THREE YEARS? | | ✓ |
| 6. ANY WATERCRAFT, DOCKS, FLOATS OWNED, HIRED OR LEASED? | | ✓ | | | |
| 7. ANY PARKING FACILITIES OWNED/RENTED? | | ✓ | 19. IS THERE A FORMAL, WRITTEN SAFETY AND SECURITY POLICY IN EFFECT? | | ✓ |
| 8. IS A FEE CHARGED FOR PARKING? | | ✓ | | | |
| 9. RECREATION FACILITIES PROVIDED? | | ✓ | 20. DOES THE BUSINESSES' PROMOTIONAL LITERATURE MAKE ANY REPRESENTATIONS ABOUT THE SAFETY OR SECURITY OF THE PREMISES? | | ✓ |
| 10. IS THERE A SWIMMING POOL ON THE PREMISES? | | ✓ | | | |
| 11. SPORTING OR SOCIAL EVENTS SPONSORED? | | ✓ | | | |

REMARKS

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS THE PERSON TO CRIMINAL AND [NY SUBSTANTIAL] CIVIL PENALTIES. (Not applicable in CO, HI, NE, OH, OK, OR or VT; in DC, LA, ME, TN and VA, insurance benefits may also be denied).

# ACORD PROPERTY SECTION

**DATE (MM/DD/YYYY):** 10/24/2017

**AGENCY:** ALLEMAN INSURANCE AGENCY
P.O. BOX 3066
BRANDON, FL 33509
PHONE: 813-653-4525
FAX: 813-661-1336

**APPLICANT (First Named Insured):** RYRY'S RESTAURANT GROUP INC DBA RYRY'S CHICKEN AND WAFFLES

**EFFECTIVE DATE:** 10/26/17
**EXPIRATION DATE:** 10/26/18
AGENCY BILL

## Premises Information

| SUBJECT OF INSURANCE | AMOUNT | COINS % | VALUATION | CAUSES OF LOSS | INFLATION GUARD % | DEDUCTIBLE(S) | BLKT # | FORMS AND CONDITIONS TO APPLY |
|---|---|---|---|---|---|---|---|---|
| CONTENTS | 50,000 | 90% | RC | | | 1000.00 | | SPECIAL FORM |
| SPOILAGE | 5,000 | | | | | | | |
| IMPROVEMENTS AND BETTERMENTS | 150,000 | | | | | | | |

**BUSINESS INCOME** $20,000 A MONTH FOR 6 MONTHS

ACCEPTED BY: [signature]

**CONSTRUCTION TYPE:** JOISTED MASONRY
**DISTANCE TO HYDRANT:** 1000 FT
**FIRE STAT:** 3 MI
**FIRE DISTRICT/CODE NUMBER:** TAMPA, FLORIDA
**PROT CL:** 3
**# STORIES:** 1
**# BASM'TS:** 0
**YR BUILT:** 1973
**TOTAL AREA:** 1896 SQFT

**BUILDING IMPROVEMENTS:**
- [X] WIRING, YR 2016
- [X] PLUMBING, YR 2016
- [ ] ROOFING, YR 2017
- [X] HEATING, YR 2016

**BURGLAR ALARM TYPE:** CENTRAL ALARM

ACORD 140 (2005/01) © ACORD CORPORATION 1995-2005

|  ROCKHILL | COLLECTIVE BINDING AUTHORITY SUPPLEMENTAL APPLICATION | RESTAURANT DELI AND TAKE OUT |
|---|---|---|

## RESTAURANT (INCLUDING DELI AND TAKE OUT) SUPPLEMENTAL APPLICATION

(Complete a separate application for each location)

| The following are not eligible for this program. |
|---|
| Non-owned and hired auto for delivery. Separately classify and rate catering. |
| Liquor sales in excess of 40% of gross receipts |
| Nightclubs, bars, taverns or clubs. |
| Mechanical or amusement rides |
| Risks with security personnel or bouncers unless A&B is excluded |
| Risks using aluminum wiring if property is written (unless pigtailed) |
| Risks that do not have operational Automatic Extinguishing Systems over all cooking surfaces with maintenance by semi-annual professional cleaning contract. Hoods and vents must be on quarterly professional cleaning contract. Cooking surfaces are defined as stovetops, grills and fryers. |
| National and large regional fast food franchises (McDonalds, KFC, Burger King, etc.) |

1. Name of Applicant: Pyky's Restaurant Group Inc DBA Pyky's Chicken and Waffles
2. City/State: Tampa, FL
3. Number of Locations: 1
4. Hours of operation: M-Thurs 11am-10pm · Fri 11am-12pm Sat 11am-12pm Sun 12pm-9pm
5. Total Alcohol Sales: $ 0
6. Total Food Sales: $ 250,000
7. Seating Capacity: 49
8. Catering Receipts: $ 0
9. Number of Employees: 10
   Servers: N/A Full-time ___ Part-time ___
   Bartenders: N/A Full-time ___ Part-time ___
10. How long has the business been in operation? New 1st year
11. Is all the electrical wiring on operational circuit breakers? ☑ Yes ☐ No
12. Does the electrical system have aluminum or knob & tube wiring? ☐ Yes ☑ No
13. Has the risk had any Health or Safety violations? ☐ Yes ☑ No
14. Are there functioning smoke detectors on the premises? ☑ Yes ☐ No
15. Is there a functioning sprinkler system? ☑ Yes ☐ No
16. Is there an ansul system? ☑ Yes ☐ No
17. Is there a service agreement in place? ☑ Yes ☐ No
18. Is cooking performed under hoods? ☑ Yes ☐ No
19. Is there a service agreement in place for cleaning the ducts? ☑ Yes ☐ No

|  ROCKHILL | COLLECTIVE BINDING AUTHORITY SUPPLEMENTAL APPLICATION | RESTAURANT DELI AND TAKE OUT |

If yes, how often is the service performed? few

20. Are security personnel employed (bouncers, armed guards, unarmed guards, etc.)? ☐ Yes ☒ No

If yes, provide details:

21. Are exits clearly marked and unobstructed? ☒ Yes ☐ No
22. Are employees serving liquor required to attend a formal training course? N/A ☐ Yes ☐ No

What is the name of the training course? (TIPS, TAM, etc.) N/A

23. Is there a dance floor? none
If yes, square footage:
24. Are there electronic or mechanical amusement devices on premises? N/A
25. Describe any entertainment provided: none
26. Any firearms on premises? ☐ Yes ☒ No
If yes, provide details including ownership and intended use.
27. Any prior tax liens, bankruptcy or felony conviction? ☐ Yes ☒ No
28. Do you deliver or plan to begin delivery in the next year? ☐ Yes ☒ No
29. Is valet parking provided? ☐ Yes ☒ No
If yes, are valets ☐ contracted or ☐ employed?
**Contracted valet** service must provide certificates of insurance and add you as an additional insured on their policy.

The undersigned applicant warrants that the above statements and particulars together with any attached or appended documents are true and complete and do not misrepresent, misstate or omit any material facts.

The applicant agrees to notify us of any material changes in the answers to the questions on this questionnaire which may arise prior to the effective date of any policy issued pursuant to this questionnaire and the applicant understands that any outstanding quotations may be modified or withdrawn based upon such changes at our sole discretion.

|  ROCKHILL | COLLECTIVE BINDING AUTHORITY SUPPLEMENTAL APPLICATION | RESTAURANT DELI AND TAKE OUT |
|---|---|---|

Notwithstanding any of the foregoing, the applicant understands that we are not obligated or under any duty to issue a policy of insurance based upon this information. The applicant further understands that if a policy of insurance is issued, this questionnaire will be incorporated into and form a part of such policy.

| Signature of applicant: | *[signed]* |
|---|---|
| Title (Officer, Partner): | Owner |
| Date: | 10/26/17 |