IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SCOR UNDERWRITING
LIMITED,

    Plaintiff,

v.

CIVIL ACTION NO. 8:19-cv-2066

RYRY'S RESTAURANT GROUP,
INC.; DUCLAS MORTUME;
SAMONE SCOTT; KRISLEY
ANTOINE; JAVANTA HALL and
TYAHNA CAMPBELL,

    Defendants.
_____/

**NOTICE OF SETTLEMENT**

    COMES NOW the Plaintiff, SCOR UNDERWRITING LIMITED, by and through undersigned counsel and pursuant to Local Rule 3.09(a) and hereby notifies the Court that the parties have settled the above styled matter.

Dated: March 3, 2021

Respectfully submitted,

*/s/ Christian M. Gunneson*
VINCENT P. BEILMAN III, ESQ.
Florida Bar No. 23966
CHRISTIAN M. GUNNESON, ESQ.
Florida Bar No. 123823
WOOD, SMITH, HENNING &
BERMAN LLP
1501 S. Church Ave, Suite 200
Tampa, Florida 33629
Telephone: 813-422-6910
Fax: 813-425-6983
vbeilman@wshblaw.com
cgunneson@wshblaw.com
tpebler@wshblaw.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 3, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Christian M. Gunneson*
**CHRISTIAN M. GUNNESON, ESQ.**